**CRIMINAL CASE MINUTES**

    **Case Title:**        USA v Arlin Gene Cheeter

    **Case Number:**    4:14cr00010-22 DPM

    **Before U.S. Magistrate Judge Joe J. Volpe**

    **Date of hearing:**  May 26, 2023

    **Time in court:**    11:22 a.m. - 11:24 a.m.

    **ECRO/CRD:**      Lorna Jones

The parties appeared for an initial appearance hearing on a revocation warrant. Mr. Cheeter was advised of his rights and the nature of the hearing. Hayley Ferguson appeared for Chris Baker who was retained and on behalf of his client waived probable cause and agreed to detention at this time pending the revocation hearing to be scheduled before Judge Marshall. Parties excused.

        **AUSA: Anne Gardner**

**Defense Counsel: Hayley Ferguson for Chris Baker**

          **USPO: Destin Rink**