**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                    **Case No. 4:14-cr-00010-22-DPM**

**ARLIN GENE CHEETER**

## ORDER OF DETENTION

The Defendant appeared with counsel on this date for an initial appearance hearing on revocation proceedings. The Defendant waived his right to a preliminary examination. Although Federal Rule of Criminal Procedure 32.1(a)(6) does not mandate a hearing under the Bail Reform Act, counsel may file a motion requesting a bond hearing, setting forth the basis for the request.

The Defendant is remanded to the custody of the United States Marshal Service. While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1] Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 26th day of May 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.