AO 442 (Rev. 01/09) Arrest Warrant (ARED rev. 7/6/2021)

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 31 2023

TAMMY H. DOWNS, CLERK
By: _____
　　　　　　　　　　　　　DEP CLERK

| United States of America | |
|---|---|
| v. | Case No. 4:14CR00010-22 DPM |
| Arlin Gene Cheeter | |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*           **Arlin Gene Cheeter,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

**Violations of conditions of release,** as further explained in the attached documents.

Date: May 9, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Issuing officer's signature*

City and state:  Little Rock, Arkansas                 TAMMY H. DOWNS, CLERK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

### Return

This warrant was received on *(date)* **5/9/2023**, and the person was arrested on *(date)* **5/25/2023**
at *(city and state)* **Little Rock, AR**

Date: **5/25/2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Arresting officer's signature*

　　　　　　　　　　　　　　　　　　　　　　　　　　　C. Young
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

RL to our detainer