IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

v.                    No. 4:14-cr-10-DPM-22

**ARLIN GENE CHEETER**                                   **DEFENDANT**

## ORDER

**1.** Cheeter has had an initial appearance on the pending motion to revoke his supervised release. *Doc. 936.* To avoid jeopardizing Cheeter's ability to defend against his new charges in Little Rock District Court, and in the interests of judicial economy, the Court will hold the motion to revoke in abeyance pending resolution of those charges. The Court directs the United States Probation Office to notify the Court when the new charges are resolved. Further, the parties must file a joint report on the status of those charges on 5 December 2023 and every six months thereafter, until resolution.

**2.** If the parties reach a proposed disposition in this revocation proceeding before the new charges are resolved, then they should notify the Court's staff and request a hearing date.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2023